UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREDONIA FARMS, LLC, *et al.*,

        Plaintiffs,

v.

ENBRIDGE ENERGY PARTNERS, L.P., *et al.*,

        Defendants.
_____/

Case Number 1:12-cv-01005-GJQ

Honorable Gordon J. Quist

## STIPULATED ORDER TO DISMISS WITH PREJUDICE AND WITHOUT COSTS

Upon stipulation of defendants Enbridge Energy, Limited Partnership, Enbridge Energy Partners, L.P., Enbridge Pipelines (Lakehead) L.L.C., Enbridge Pipelines (Wisconsin) Inc., and Enbridge Pipelines, Inc. (collectively, the "Enbridge Defendants") and plaintiffs Fredonia Farms, LLC, Susan Eisinger, Donald Zinn, Frank K. Zinn, Karl Zinn, and Mark Falanga, pursuant to Fed.R.Civ.P. 41, it is ordered that all pending motions filed by the Enbridge Defendants are withdrawn as moot and claims asserted against the Enbridge Defendants in this action are dismissed with prejudice and without costs.

Dated: Oct. 21, 2014

/s/ Gordon J. Quist
United States District Judge

2

## Stipulation

The parties, by their respective counsel, pursuant to Fed.R.Civ.P. 41, stipulate to entry of the above Order.

| | |
|---|---|
| WARNER NORCROSS & JUDD LLP<br>Attorneys for Plaintiffs | DICKINSON WRIGHT PLLC<br>Attorneys for the Enbridge Defendants |
| /s/ Richard A. Kay<br>Richard A. Kay (P23050)<br>111 Lyon Street NW, Suite 900<br>Grand Rapids, Michigan 49503<br>616-752-2000 | /s/ Geoffrey A. Fields<br>Geoffrey A. Fields (P41788)<br>200 Ottawa NW, Suite 1000<br>Grand Rapids, Michigan 49503<br>616-336-1017 |
| October 20, 2014 | October 20, 2014 |

GRAPIDS 40856-31 337509